No. 523. UNITED STATES *v.* FRANKFORT DISTILLERIES, INC.;

No. 524. UNITED STATES *v.* NATIONAL DISTILLERS PRODUCTS CORP.;

No. 525. UNITED STATES *v.* BROWN FORMAN DISTILLERS CORP.;

No. 526. UNITED STATES *v.* HIRAM WALKER, INC.;

No. 527. UNITED STATES *v.* SCHENLEY DISTILLERS CORP.;

No. 528. UNITED STATES *v.* SEAGRAM-DISTILLERS CORP.;

No. 529. UNITED STATES *v.* McKESSON & ROBBINS, INC.; and

No. 530. UNITED STATES *v.* SPEEGLE. November 13, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Fahy* for the United States. *Messrs. Thomas Kiernan, Newell W. Ellison, Charles Rosenbaum,* and *C. Frank Reavis* for Frankfort Distilleries, Inc. et al., and *Messrs. George R. Beneman* and *Robert S. Marx* for Schenley Distillers Corporation, respondents. *Messrs. Gail L. Ireland,* Attorney General, and *George K. Thomas,* Assistant At-

torney General, filed a brief on behalf of the State of Colorado, as *amicus curiae,* in opposition.